# Case No. 22-2895

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

UNITED STATES OF AMERICA,
*Appellee,*

v.

STEVEN J. MONACO,
*Appellant.*

_____

*On appeal from Judgment in the
United States District Court for the District of New Jersey
Case No. 1:19-cr-00716-RBK
Sat Below: Robert B. Kugler, U.S.D.J.*

_____

APPELLANT'S APPENDIX
VOLUME I
PAGES Appx0001-0010

 

              **CALCAGNI & KANEFSKY LLP**
              One Newark Center
              1085 Raymond Blvd., 14th Floor
              Newark, New Jersey 07102
              T. 862.397.1796
              eric@ck-litigation.com

Eric T. Kanefsky, Esq.
Kevin J. Musiakiewicz, Esq.
Philip Morrow, Esq.

*Attorneys for Appellant Steven Monaco*

# TABLE OF CONTENTS

## Appendix Volume I
## (PAGES Appx0001-0010)

Judgment in a Criminal Case - ECF No. 173 (filed on 10/3/22) ............................................. 0001

Notice of Appeal - ECF No. 179 (filed on 10/7/22) ............................................................... 0010

## Appendix Volume II
## (PAGES Appx0011-0349)

District Court Docket Entries ................................................................................................. 0011

Indictment - ECF No. 1 (filed on 10/2/19) ............................................................................. 0039

FD-302 Report of Interview for Julie Wong dated 3/15/19 (redacted) ................................... 0061

Partial Transcript of Motion in Limine Hearing – 4/4/22 ...................................................... 0066

Partial Trial Transcript – 4/5/22 ............................................................................................. 0069

Partial Trial Transcript – 4/6/22 ............................................................................................. 0090

Patrial Trial Transcript – 4/7/22 ............................................................................................. 0245

## Appendix Volume III
## (PAGES Appx0350-0723)

Patrial Trial Transcript – 4/11/22 ........................................................................................... 0350

Patrial Trial Transcript – 4/12/22 ........................................................................................... 0444

Patrial Trial Transcript – 4/13/22 ........................................................................................... 0592

Trial Transcript – 4/14/22 ...................................................................................................... 0684

Trial Transcript – 4/19/22 ...................................................................................................... 0701

Court Exhibit C-2 (Redacted Jury Note) – ECF No. 134 ...................................................... 0721

Court Exhibit C-3 (Redacted Jury Note) – ECF No. 136 ...................................................... 0722

Court Exhibit C-4 (Redacted Jury Note) – ECF No. 138 ...................................................... 0723

## Appendix Volume IV
## (PAGES Appx0724-0890)

Transcript of Sentencing Hearing Held on October 3, 2022 .................................................. 0724

Partial Transcript of Sentencing Hearing held on August 20, 2019 in *United States v. Kristie Masucci*, No. 1:18-cr-616-RBK ............................................................................... 0811

Judgment as to Aaron Jones - ECF No. 176 (filed on 10/5/22) ............................................. 0816

Judgment as to Michael Goldis - ECF No. 215 (filed on 3/29/23) ........................................ 0823

Judgment as to Daniel Oswari - ECF No. 217 (filed on 3/29/23) .......................................... 0830

Judgment as to Jason Chacker in *United States v. Jason Chacker*, No. 1:19-cr-718-RBK (filed on May 17, 2023) ........................................................................................................ 0838

Judgment as to Richard Zappala in *United States v. Richard Zappala*, No. 1:17-cr-416-RBK (filed on May 18, 2023) ........................................................................................................ 0844

Judgment as to Godwin Akpan in *United States v. Akpan*, No. 4-cr-1160 (S.D.N.Y.) (filed on 8/27/17) ................................................................................................................... 0850

Judgment as to Dean Volkes in *United States v. Volkes*, No. 14-cr-574 (E.D.Pa.) (filed on 8/1/19) ..................................................................................................................... 0856

Judgment as to Michael Kwasnik in *United States v. Kwasnik*, No. 17-cr-52 (D.N.J.) (filed on 12/4/20) ................................................................................................................... 0864

Judgment as to Joseph Fini in *United States v. Fini,* No. 19-cr-75 (D.N.J.) (filed on 11/15/19) .................................................................................................................. 0871

Judgment as to Jaime Rivera in *United States v. Rivera*, No. 17-cr-50 (E.D.N.Y.) (filed on 5/9/22) ..................................................................................................................... 0878

Judgment as to Matthew Kluger in *United States v. Kluger*, No. 11-cr-858 (D.N.J.) (filed on 6/4/12) ..................................................................................................................... 0885

## Appendix Volume V (sealed)
## (PAGES Appx0891-0931)

Steven Monaco's Sentencing Memorandum .......................................................................... 0891

UNITED STATES DISTRICT COURT
District of New Jersey

UNITED STATES OF AMERICA

v.

CASE NUMBER    1:19-CR-00716-RBK-1

STEVEN MONACO

Defendant.

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, STEVEN MONACO, was represented by RITA M GLAVIN, ESQ.

The defendant was found guilty on counts 1-8 and 14-23 of the INDICTMENT by a jury verdict on 4/19/2022 after a plea of not guilty.  Accordingly, the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Health Care Fraud and Wire Fraud | 1/2014 - 4/2016 | 1 |
| 18 U.S.C. § 1347 and 18 U.S.C. § 2 | Health Care Fraud | 3/23/2015 | 2 |
| 18 U.S.C. § 1327 and 18 U.S.C. § 2 | Health Care Fraud | 3/16/2015 | 3 |
| 18 U.S.C. § 1347 and 18 U.S.C. § 2 | Health Care Fraud | 5/1/2015 | 4 |
| 18 U.S.C. § 1347 and 18 U.S.C. § 2 | Health Care Fraud | 12/23/2015 | 5 |
| 18 U.S.C. § 1347 and 18 U.S.C. § 2 | Health Care Fraud | 7/29/2015 | 6 |
| 18 U.S.C. § 1347 and 18 U.S.C. § 2 | Health Care Fraud | 12/10/2015 | 7-8 |
| 18 U.S.C. § 1347 and 18 U.S.C. § 2 | Health Care Fraud | 7/28/2015 | 14 |
| 18 U.S.C. § 1343 and 18 U.S.C. § 2 | Wire Fraud | 6/1/2015 | 15-17 |

Appx0001

| 18 U.S.C. § 1343 and 18 U.S.C. § 2 | Wire Fraud | 6/29/2015 | 18 |
| 18 U.S.C. § 1343 and 18 U.S.C. § 2 | Wire Fraud | 12/29/2015 | 19-20 |
| 18 U.S.C. § 1343 and 18 U.S.C. § 2 | Wire Fraud | 7/28/2015 | 21 |
| 18 U.S.C. § 1343 and 18 U.S.C. § 2 | Wire Fraud | 12/2/2015 | 22 |
| 18 U.S.C. § 371 | Conspiracy to Violate Anti-Kickback Statute and Travel Act | 11/2013 - 3/2016 | 23 |

As pronounced on October 03, 2022, the defendant is sentenced as provided in pages 2 through 9 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 and 18 U.S.C. § 3553(a).

It is ordered that the defendant must pay to the United States a special assessment of $1,800.00 for counts 1-8 and 14-23, which shall be due immediately. Said special assessment shall be made payable to the Clerk, U.S. District Court.

It is further ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

Signed this ___3d___ day of October, 2022.

_____
Robert B. Kugler
U.S. District Judge

08080

Appx0002

Case 1:Case 022-1895BK Document 473 Page: 10/03/22 Date Filed: 06/23/2023 ID: 2199
AO 245B (Mod. D/NJ 12/06) Sheet 2 - Imprisonment

Defendant: STEVEN MONACO  Judgment - Page 3 of 9
Case Number: 1:19-CR-00716-RBK-1

**IMPRISONMENT**

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 168 months on each of Counts 1 and 15-22 of the Indictment, and for a term of 60 months on each of Counts 2-8, 14, and 23 of the Indictment, such terms to run concurrently with one another.

    The Court makes the following recommendations to the Bureau of Prisons: the Court recommends that the Bureau of Prisons designate defendant to a facility as close as possible to his home address. The Court further recommends that the Bureau of Prisons evaluate defendant for participation in a drug treatment program while incarcerated.

    The defendant is remanded to the custody of the United States Marshal.

**RETURN**

I have executed this Judgment as follows:

_____
_____
_____
_____

    Defendant delivered on _____ To _____

At _____, with a certified copy of this Judgment.

                                                                                                             _____
                                                                                                             United States Marshal

                                                                                By _____
                                                                                      Deputy Marshal

Case 1:19-cr-00716-RBK Document 173 Filed 10/03/22 Page 4 of 9 PageID: 2200
Case 22-2895 Document 47 Page: 70 Date Filed: 06/23/2023

AO 245B (Mod. D/NJ 12/06) Sheet 3 - Supervised Release

Judgment - Page 4 of 9

Defendant: STEVEN MONACO
Case Number: 1:19-CR-00716-RBK-1

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of 3 years on each of Counts 1-8 and 14-23 of the Indictment, such terms to run concurrently with one another.

Within 72 hours of release from custody of the Bureau of Prisons, you must report in person to the Probation Office in the district to which you are released.

While on supervised release, you must not commit another federal, state, or local crime, must refrain from any unlawful use of a controlled substance and must comply with the mandatory and standard conditions that have been adopted by this court as set forth below.

Based on information presented, you are excused from the mandatory drug testing provision, however, you may be requested to submit to drug testing during the period of supervision if the probation officer determines a risk of substance abuse.

You must cooperate in the collection of DNA as directed by the probation officer

If this judgment imposes a fine, special assessment, costs, or restitution obligation, it is a condition of supervised release that you pay any such fine, assessments, costs, and restitution that remains unpaid at the commencement of the term of supervised release.

You must comply with the following special conditions:

ALCOHOL TESTING AND TREATMENT

You must refrain from the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.

FINANCIAL DISCLOSURE

Upon request, you must provide the U.S. Probation Office with full disclosure of your financial records, including co-mingled income, expenses, assets and liabilities, to include yearly income tax returns. With the exception of the financial accounts reported and noted within the presentence report, you are prohibited from maintaining and/or opening any additional individual and/or joint checking, savings, or other financial accounts, for either personal or business purposes, without the knowledge and approval of the U.S. Probation Office. You must cooperate with the U.S. Probation Officer in the investigation of your financial dealings and must provide truthful monthly statements of your income. You must cooperate in the signing of any authorization to release information forms permitting the U.S. Probation Office access to your financial records.

MENTAL HEALTH TREATMENT

You must undergo treatment in a mental health program approved by the U.S. Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, or sex offense-specific treatment, as approved by the U.S. Probation Office, until discharged by the Court. The U.S. Probation Office will supervise your compliance with this condition.

NEW DEBT RESTRICTIONS

You are prohibited from incurring any new credit charges, opening additional lines of credit, or incurring any new monetary loan, obligation, or debt, by whatever name known, without the approval of the U.S. Probation Office. You

Defendant: STEVEN MONACO
Case Number: 1:19-CR-00716-RBK-1

must not encumber or liquidate interest in any assets unless it is in direct service of the fine and/or restitution obligation or otherwise has the expressed approval of the Court.

OCCUPATIONAL RESTRICTIONS

As a further special condition of supervised release, you must refrain from resuming employment in the field of medical and/or pharmaceutical sales.

Judgment - Page 6 of 9

Defendant: STEVEN MONACO
Case Number: 1:19-CR-00716-RBK-1

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1) You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.

2) After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

3) You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

4) You must answer truthfully the questions asked by your probation officer.

5) You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

6) You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

7) You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have fulltime employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

8) You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

9) If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

10) You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e.. anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

11) You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12) If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.

Judgment - Page 7 of 9

Defendant: STEVEN MONACO
Case Number: 1:19-CR-00716-RBK-1

## STANDARD CONDITIONS OF SUPERVISION

13) You must follow the instructions of the probation officer related to the conditions of supervision.

---

*For Official Use Only - - - U.S. Probation Office*

    Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or modify the conditions of supervision.

    These conditions have been read to me. I fully understand the conditions, and have been provided a copy of them.

    You shall carry out all rules, in addition to the above, as prescribed by the Chief U.S. Probation Officer, or any of his associate Probation Officers.

(Signed)_____
                                       Defendant                                             Date

_____
                U.S. Probation Officer/Designated Witness              Date

Appx0007

Defendant: STEVEN MONACO  
Case Number: 1:19-CR-00716-RBK-1

Judgment - Page 8 of 9

# RESTITUTION AND FORFEITURE

## RESTITUTION

The defendant shall make restitution in the amount of $4,692,945.30. The Court will waive the interest requirement in this case. Payments should be made payable to the **U.S. Treasury** and mailed to Clerk, U.S.D.C., 402 East State Street, Rm 2020, Trenton, New Jersey 08608, for proportionate distribution to the following victims in the following amounts:

| **Name of Payee** (Victim) | **Amount of Restitution** |
|---|---|
| New Jersey Division of Pension & Benefits<br>Attn: Christin E. Deacon<br>P.O. Box 295<br>Trenton, NJ 08625 | $4,171,611.07 |
| Munich Reinsurance of America<br>555 College Avenue East<br>Princeton, NJ 08453 | $7,446.88 |
| State of New Jersey EGWP<br>Department of Treasury<br>P.O. Box 299<br>Trenton, NJ 08625-0299 | $448,571.85 |
| Trump Entertainment Resorts<br>1000 Boardwalk<br>Atlantic City, NJ 08401 | $4,160.84 |
| Princeton University<br>Office of Human Resources<br>Princeton, NJ 08544 | $14,024.20 |
| Novartis Pharmaceuticals<br>c/o Legal Department<br>One Health Plaza<br>East Hanover, NJ 07936 | $47,130.36 |

The amounts ordered represent the total amounts due to the victims for these losses. The defendant's restitution obligations shall not be affected by any restitution payments made by other defendants in this case, except that no further payments will be required once payments by one or more defendants fully satisfies the victims' total losses. The following defendants in the following cases may be subject to restitution orders to the same victims for these same losses:

| William Hickman | CR. 1:19-00191-001 |
| Daniel Oswari | CR. 1:19-00716-002 |
| Michael Goldis | CR. 1:19-00716-003 |

Appx0008

Defendant: STEVEN MONACO
Case Number: 1:19-CR-00716-RBK-1

| | |
|---|---|
| Aaron Jones | CR. 1:19-00716-004 |
| Richard Zappala | CR. 1:17-00416-001 |
| Jason Chacker | CR. 1:19-00718-001 |

The restitution is due immediately. It is recommended that the defendant participate in the Bureau of Prisons Inmate Financial Responsibility Program (IFRP). If the defendant participates in the IFRP, the restitution shall be paid from those funds at a rate equivalent to $25 every 3 months. In the event the entire restitution is not paid prior to the commencement of supervision, the defendant shall satisfy the amount due in monthly installments of no less than $100.00, to commence 30 days after release from confinement.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEVEN MONACO,<br><br>                         Defendant. | No. 19 Cr. 716-1 (RBK)<br><br>**NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT** |

Notice is hereby given that Steven Monaco, defendant, hereby appeals to the United States Court of Appeals for the Third Circuit from the judgment of conviction of the United States District Court, District of New Jersey, entered in this action on October 3, 2022.

Dated: October 7, 2022

                                              Rita M. Glavin
                                              Katherine E. Petrino

                                              GLAVIN PLLC
                                              156 West 56th Street, Ste. 2004
                                              New York, NY 10019
                                              Tel: (646) 693-5505
                                              rglavin@glavinpllc.com

                                              *Attorneys for Appellant Steven Monaco*